```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0041--CR (RRB)
                             "USA V SHANE C. TWIGG"
                             DEF 1.1 TWIGG, SHANE C.

              Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 04/20/05
            Closed: NO
No. of Defendants: 1
    MJ Case Number: A05-0049--MJ
               AKA:
   Location status: Other Custody
        Trial date: 01/17/06
        Terminated: NO
Needs interpreter: NO
 Counsel of record: Robert M. Herz
                    425 G Street, Suite 600
                    Anchorage, AK 99501
                    907-277-7171
                    FAX 907-277-0281
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 TWIGG, SHANE C.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:111(a)(1) and (b) RESISTING A FEDERAL OFFICER AND INFLICTING BODILY IN JURY (F) | Pending |
| 1 - 1 IND | 2 | 18:751(a) ATTEMPTED ESCAPE (F) | Pending |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE A05-0041--CR (RRB)
                    "USA V SHANE C. TWIGG"

                      For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 04/20/05
             Closed: NO
 No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 04/20/05 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 04/21/05 | [Re: DEF 1] Issued WOA. |
| 2 - 1 | 04/21/05 | [Re: DEF 1] AHB Grand Jury Minutes. Warrant of arrest to be issued, Habeas ad pros to follow.  No bail set. (Detention per 18:3142) Set for arraignment and notify USM.  Def in State Custody. |
| 3 - 1 | 05/19/05 | [Re: DEF 1] PLF 1 motion (petition) for writ of H/C ad pros. |
| NOTE - 2 | 05/23/05 | Issued: Writ of H/C ad pros. |
| 4 - 1 | 05/23/05 | [Re: DEF 1] AHB Order granting motion (petition) for writ of H/C ad pros (3-1). cc: USA, USM, USPO, def w/USM cy |
| 5 - 1 | 05/23/05 | [Re: DEF 1] JDR Minute Order re Arr set for 5/25/05 at 10:30 a.m. cc: USA, USM, USPO, def w/USM cy |
| 6 - 1 | 05/26/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: Arr on Indt (held 5/25/05); FPD appt; def pled not guilty on Cts 1-2 of the Indt; def detained; ptms due 6/14/05; TBJ set for 7/25/05 at 8:30 a.m.; FPTC set for 7/14/05 at 11:15 a.m.  cc: USA, FPD, USM, USPO, USDJ |
| 7 - 1 | 05/26/05 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 8 - 1 | 05/26/05 | [Re: DEF 1] Financial Affidavit. |
| 9 - 1 | 05/26/05 | [Re: DEF 1] JDR Order regarding preparation for trial; disc conf 5/27/05; ptms due 6/14/05. cc: USA, FPD |
| 10 - 1 | 05/27/05 | DEF 1 Attorney Appearance of M.J. Haden (FPD). |
| 11 - 1 | 05/27/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 12 - 1 | 06/01/05 | [Re: DEF 1] RRB Minute Order re TBJ set for 7/25/05 at 8:30 a.m.; FPTC set for 7/14/05 at 11:15 a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 13 - 1 | 06/10/05 | [Re: DEF 1] Return of WOA executed on 5/25/05. |
| 13 - 2 | 06/10/05 | [Re: DEF 1] Statistical Notice of Arrest; defendant arrested on 5/25/05. |
| 14 - 1 | 06/13/05 | DEF 1 Unopposed on shortened time motion to continue pretrial motions deadline until 6/22/05. |
| 15 - 1 | 06/14/05 | [Re: DEF 1] MDJ Order granting unopposed on shortened time motion to continue pretrial motions deadline until the COB of 6/22/05 (14-1).  cc: AUSA, FPD |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CRIMINAL DOCKET ENTRIES FOR CASE A05-0041--CR (RRB)
                        "USA V SHANE C. TWIGG"

                           For all filing dates


 Document #    Filed     Docket text

   16 -  1    06/22/05   DEF 1 motion to dismiss count one of the Indictment.

   16 -  2    06/22/05   DEF 1 motion for bill of particulars.

   17 -  1    06/23/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss count one of the
                         Indictment or in the alternative for a bill of particulars (16-1).

   18 -  1    06/27/05   DEF 1 motion on shortened time to continue trial date.

   19 -  1    06/28/05   [Re: DEF 1] RRB Minute Order a hearing on def's motion on shortened time
                         to continue trial date is set for 7/6/05 at 1:30 p.m. courtroom #2.  cc:
                         AUSA, FPD, USM, USPO, MJ Roberts

   20 -  1    06/29/05   Initial R&R re: DEF 1 motion to dismiss count one of the Indictment
                         should be denied. (16-1). Objections due by noon 07/08/05. Reply due
                         07/13/05. cc: AUSA, FPD, Judge Beistline

   21 -  1    06/29/05   [Re: DEF 1] JDR Order denying motion for bill of particulars (16-2).
                         cc: AUSA, FPD, Judge Beistline

   22 -  1    07/08/05   [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: hrg on def's mot
                         on shortened time to cont trial date (dkt 18-1) (held 7/6/05); denying
                         motion on shortened time to continue trial date (18-1). cc: USA, FPD,
                         USM, USPO

   23 -  1    07/13/05   DEF 1 Attorney Appearance of Robert M. Herz.

   24 -  1    07/13/05   DEF 1 motion to continue pretrial conference and trial by jury.

   25 -  1    07/14/05   [Re: DEF 1] RRB Court Minutes [ECR: April Karper] re FPTC (held
                         7/14/05); def oral mot to cont trial GRANTED, TBJ set for 7/25/05
                         VACATED and reset to the week of 10/3/05, FPTC set for 9/27/05 at 9:00
                         a.m.; crt found excludable delay under 18 U.S.C. section
                         3161(h)(8)(B)(iv); M.J. Haden's oral mot to w/d as cnsl GRANTED; cc:
                         USA, R. Herz, FPD, USM, USPO, JC, MJ Roberts.

   26 -  1    07/18/05   [Re: DEF 1] RRB Minute Order denying motion to dismiss count one of the
                         Indictment (16-1).  cc: AUSA, R. Herz, USM, USPO

   27 -  1    09/27/05   [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re FPTC (held
                         9/27/05); tbj reset to 11/21/05 at 8:30 a.m.; FPTC reset to 11/15/05 at
                         8:45 a.m.; excludable delay found under 18 USC section
                         3151(h)(8)(B)(iv). cc: USA, R. Herz, USM, USPO, Jury Clerk, MJ Roberts

   28 -  1    11/08/05   [Re: DEF 1] RRB Minute Order the fptc previously set 11/15/05 is reset
                         to be held 11/14/05 at 8:30 in courtroom #2.  cc: S. Collins, R. Herz,
                         USM, USPO

   29 -  1    11/09/05   DEF 1 Unopposed motion on shortened time to continue pretrial conference
                         and  trial.

   30 -  1    11/10/05   [Re: DEF 1] RRB Minute Order granting unopposed motion on shortened time
                         to continue pretrial conference and trial (29-1).  The final pretrial
                         conf set for 11/14/05 is reset for 11/16/05 at 9:00 a.m. in courtroom
                         #2.  The motion to continue trial will be addressed at the final
                         pretrial conference.  Judge Beistline will attend telephonically.  cc:
                         AUSA, R. Herz, USM, USPO, MJ ROBERTS

ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                        Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0041--CR (RRB)
                              "USA V SHANE C. TWIGG"

                                 For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 11/14/05 | [Re: DEF 1] PLF 1 Unopposed motion to dismiss Count 2 of the Indictment. |
| 32 - 1 | 11/16/05 | DEF 1 motion to dismiss the Indictment. |
| 33 - 1 | 11/16/05 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] RE: Hearing on Motion to Continue Trial/Final Pretrial Conference (held 11/16/05); Defendant's Unopposed Motion on Shortened Time to Continue Pretrial Conference and Trial (DKT 29) Granted; Court found excludable delay under 18 U.S.C. Section 3161 (h)(8)(B)(iv) Continuances granted in order to give reasonable time to prepare; TBJ set 11/21/05 Vacated; FPTC set 01/04/06 at 9:00 a.m.; TBJ set 01/17/06 at 8:30 a.m.; Court directed that defendant's motion not be sent to Magistrate Judge and he will handle motion and any evidentiary hearing; Defendant's detention continued.  CC: USA, R. Herz, USM, USPO, Jury Clerk. |
| 34 - 1 | 11/16/05 | [Re: DEF 1] (FAXED COPY) RRB Order granting unopposed motion to dismiss Count 2 of the Indictment (31-1).  cc: AUSA, R. HERZ, USM, USPO |
| 35 - 1 | 11/22/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss the Indictment (32-1). |