IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
|       Plaintiff, | ) |
| vs. | ) |
| Shane Twigg, | ) Case No.:  A-05-0041 CR. (RRB) |
|       Defendant. | ) |

### REQUEST FOR BAIL HEARING

Defendant, Shane Twigg, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. moves this court for an order granting a bail hearing in the above-captioned matter.

Mr. Twigg is proposing that the terms of his release be concurrent with those in his state case, 3AN-S02-4493 Cr. As part of those conditions, he proposes that he be released to the twenty-four hour sight and sound custody of Michael David Lee and Kelly Mae Snead. The third party applications have been reviewed by counsel and were provided to the United States Pre-Trial Services office on December 20, 2005.

DATED at Anchorage, Alaska, this _____ day of December 2005.

THE LAW OFFICES OF ROBERT HERZ. P.C.

Robert Herz, Attorney at Law
AK Bar No. 8706023

---

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the ____ day of December 2005, a true and correct copy of the Request for BRH was faxed/mailed/hand-delivered to the following: US Attorney @ 271-1500 and US Probation/Pretrial Services @ 271-3060 By_____
via courier

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net