IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED DEC 2 1 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Shane Twigg,<br><br>　　　　　Defendant. | Case No.: A-05-0041 CR. (RRB) |

### ORDER

Based upon request filed by Shane Twigg and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that a Bail Hearing is set for the _27_ day of _Dec_, 200_, at 9:30 a.m.

DONE at Anchorage, Alaska, this _21st_ day of _Dec_ 2005.

JOHN D. ROBERTS
U.S. Magistrate Judge

cnsL, uspo, usm TLc notified 12/21/05

A05-0041--CR (RRB)
-------------------
✓ R. HERZ
✓ S. COLLINS (US ATTY)
✓ US MARSHAL

US PROBATION  on 12-21-05

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

38