# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

**FILED DEC 2 8 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By ___ Deputy**

UNITED STATES v. SHANE C. TWIGG

Case No. *A05-041 CR (RRB/JDR)*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

---

## MINUTE ORDER FROM CHAMBERS

### RE: Continued Bail Hearing

Defendant's request in open court this date to present testimony of proposed third party custodians to the following Thursday is granted. Accordingly, the court has scheduled the continued bail hearing before the Hon. Terrance W. Hall, U.S. Magistrate Judge on Thursday, December 29, 2005 at 9:00 a.m., in Courtroom No. 5, at Anchorage, Alaska.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 27, 2005

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2005\2005 CR\A05-041 CR (RRB) TWIGG, Shane MO Re Bail Hearing.wpd

12/28/05 t/c notice: USA, R. Herz

A05-0041--CR (RRB)   12-28-05

- R. HERZ
- S. COLLINS (US ATTY)
- US MARSHAL
- US PROBATION
- MAGISTRATE JUDGE HALL

40