TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-3382
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:05-cr-041-(RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE** |
| vs. | ) | |
| | ) | |
| SHANE TWIGG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Timothy

M. Burgess, United States Attorney for the District of Alaska, and hereby requests

the Court no longer serves pleadings in the above-captioned case on Stephan A.

Collins, Asst. U.S. Attorney. David Nesbett, Special Assistant U.S. Attorney, filed a Notice of Attorney Appearance, on January 4, 2006.

RESPECTFULLY submitted this <u>4th</u> day of January, 2006, at Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3382
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2006
a copy of the foregoing NOTICE was served on:

Robert Herz
Attorney at Law
425 G Street, Suite 600
Anchorage, AK 99501
Fax: (907) 277-0281

by FAX

s/ Stephan A. Collins