IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Shane Twigg,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.:   A-05-0041 CR. (RRB)<br>)<br>)<br>) |

## NOTICE OF INTENT TO CHANGE PLEA AND REQUEST TO VACATE TRIAL DATE

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

COMES NOW, Shane Twigg, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C., and hereby gives notice of his intent to change his plea. Mr. Twigg requests that the court vacate the trial date presently set for January 17, 2006 and schedule a change of plea hearing as soon as possible at the court's convenience.

DATED at Anchorage, Alaska, this _____ day of January 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the 7 day of January 2006, a true and correct copy of the Notice of Change of Plea was faxed to the following:  US Attorney (271-1500)  By: Laurie Vaile



Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

United States of America,        )
                                 )
             Plaintiff,        )
                                 )
vs.                              )
                                 )
Shane Twigg,                     )
                                 )
             Defendant.        )
_____)

Case No.:    A-05-0041 (RRB)

## ORDER

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Shane Twigg's Notice of Intent to Change Plea and Request to Vacate Trial Date,

IT IS HEREBY ORDERED that The Motion is GRANTED. The Change of Plea hearing is scheduled for the _____ day of _____, 2006 at ____ a.m./p.m. The Trial date in this matter set for January 17, 2006 is VACATED.

DATED this _____ day of _____, 2005.

_____
By: Honorable Judge Ralph R. Beistline
United States District Court Judge