UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   SHANE TWIGG

DATE:    January 11, 2006       CASE NO.   A05-0041 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

Pursuant to Defendant's Notice of Intent to Change Plea and Request to Vacate Trial Date (Docket 45), the trial scheduled for **January 17, 2006,** is **vacated**. A change of plea hearing will be held on **Wednesday, January 18, 2006, at 1:30 p.m.**, in Courtroom 2.

SCHEDULING HEARING