LODGED

MAY 1 9 2005

RECEIVED

JAN 3 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

2005 MAY 23 PM 4: 34
RECEIVED
U.S. MARSHALS SERVICE
ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of )<br>)<br>SHANE C. TWIGG )<br>)<br>On Writ of Habeas Corpus )<br>)<br>_____ )<br>UNITED STATES OF AMERICA, )<br>)<br>DISTRICT OF ALASKA )<br>)<br>_____ ) | Case No. A05-041 CR (RRB)<br><br><br><br><br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

The President of the United States of America to:

State of Alaska Department of Corrections, Anchorage Jail West, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

We command that you have the body of **SHANE C. TWIGG**, by you imprisoned and detained as it is said, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage,

Alaska, for the initial appearance, and other proceedings as the Court may desire, thereafter and as necessary in *United States v. SHANE C. TWIGG*, case No. A05-041 CR (RRB), now pending before said court, and that you return said person to the State of Alaska Department of Corrections, Anchorage Jail West, as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this day, May 23, 2005.

_Ida Romack_
CLERK, U.S. DISTRICT COURT

By: _Dan Maum_
Deputy Clerk

**U.S. MARSHALS RETURN**

I hereby certify and return that _TWIGG, Shane_ was transported from _DOC-State Cust_ to _USDC-Anchorage_ on _5/25/05_ as ordered by the court.

BECAME USMS PRIMARY PRIS. 1/11/2006. WRIT RTN'D

Randy M. Johnson
U.S MARSHAL
By: _____
Deputy U.S. Marshal