IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

United States of America,       )
                                )
          Plaintiff,             )
                                )
vs.                             )
                                )
Shane Twigg,                    )
                                )
          Defendant.             )
_____)

Case No.:   A-05-0041 (RRB)

## ORDER

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Shane Twigg's Non-Opposed Motion to Continue Sentencing,

IT IS HEREBY ORDERED that The Motion is GRANTED. The Sentencing is continued to the __15__ day of __May__, 2006 at __10:00__ a.m./p.m.

DATED this __10__ day of __March__, 2006.

By: Honorable Judge Ralph R. Beistline
United States District Court Judge

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net