UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                 USA   v.   SHANE TWIGG

DATE:   April 17, 2006        CASE NO.   3:05-CR-0041-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING SENTENCING**

---

       Defendant has filed a Non-Opposed Motion to Continue Sentencing (Docket 51).  Based thereon, the sentencing scheduled for May 15, 2006, is **rescheduled** and will now be held on **Monday, June 19, 2006, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.


M.O. RESCHEDULING SENTENCING