IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Shane Twigg, | ) |
| | ) |
| Defendant. | ) |

Case No.:   A-05-0041 (RRB)

### ORDER

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Shane Twigg's Non-Opposed Motion to Continue Sentencing,

IT IS HEREBY ORDERED that The Motion is GRANTED. The Sentencing is continued to the _____ day of _____, 2006 at _____ a.m./p.m.

IT IS ALSO HEREBY ORDERED that the Objections to the draft pre-sentence report are due on or before July 12, 2006.

DATED this _____ day of _____, 2006.

_____
By: Honorable Judge Ralph R. Beistline
United States District Court Judge

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net