IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

United States of America, )
)
              Plaintiff, )
)
vs. )
)
Shane Twigg, )
)
              Defendant. )
_____)

Case No.:   A-05-0041 (RRB)

**ORDER**

    FOR GOOD CAUSE SHOWN, and upon consideration of defendant Shane Twigg's Non-Opposed Motion to Continue Sentencing,

    IT IS HEREBY ORDERED that The Motion is GRANTED. The Sentencing is continued to the __24th__ day of __August__, 2006 at 9:00 a.m./p.m.

    IT IS ALSO HEREBY ORDERED that the Objections to the draft pre-sentence report are due on or before July 12, 2006.

DATED this __6__ day of __June__, 2006.

By: Honorable Judge Ralph R. Beistline
United States District Court Judge

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net