Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Shane Twigg, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No.:   A-05-0041 (RRB)

## ORDER

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Shane Twigg's Non-Opposed Motion to Produce Defendant's Juvenile Records,

IT IS HEREBY ORDERED that The Motion is GRANTED. This court directs and orders that the state of Alaska Division of Juvenile Justice shall produce and deliver to the Law Offices of Robert Herz, P.C. any and all portions of defendant's Shane C. Twigg's (DOB 09-09-82) case and probation file, including but not limited to pleadings, discovery, police reports, memoranda, notes, notes to file, letters or correspondence within ten (10) days of the date of this order.

DATED this _____ day of _____, 2006.

_____
By: Honorable Judge Ralph R. Beistline
United States District Court Judge