IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

United States of America, )
)
           Plaintiff, )
)
vs. )
)
Shane Twigg, )
)
           Defendant. )
_____)
Case No.:   A-05-0041 (RRB)

### ORDER

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Shane Twigg's Non-Opposed Motion to Continue Sentencing,

IT IS HEREBY ORDERED that The Motion is GRANTED. The Sentencing is continued to the _____ day of _____, 2006 at _____ a.m./p.m.

IT IS ALSO HEREBY ORDERED that the Objections to the draft pre-sentence report are due on or before October 20, 2006.

DATED this _____ day of _____, 2006.

                                                                       _____
                                                                         By: Honorable Judge Ralph R. Beistline
                                                                         United States District Court Judge

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net