UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


   USA   v.   SHANE TWIGG

DATE:    October 31, 2006       CASE NO.    3:05-CR-0041-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

    Due to an ongoing civil jury trial, the sentencing in this matter is **RESCHEDULED** and will be held on **Friday, November 3, 2006, at 8:15 a.m.**, in Courtroom 2 in Anchorage, Alaska.