**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


 USA  v.  SHANE TWIGG 

DATE:    October 31, 2006    CASE NO.    3:05-CR-0041-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

═══════════════════════════════════════════════════


        Due to the unavailability of defense counsel, the

sentencing in this matter, presently set for November 3, 2006, is

**RESCHEDULED** and will now be held on **Monday, November 6, 2006, at**

**1:00 p.m.**, in Courtroom 2 in Anchorage, Alaska.


M.O. RESCHEDULING SENTENCING