UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                      USA   v.   SHANE TWIGG

DATE:   November 3, 2006      CASE NO.   3:05-cr-0041-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING SENTENCING**

---

      The sentencing in this matter is **RESCHEDULED** and will be held on **Thursday, November 16, 2006, at 1:00 p.m.**, in Courtroom 2 in Anchorage, Alaska.