IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Shane Twigg, ) | Case No.:   A-05-0041 CR. (RRB) |
| ) | |
| Defendant. ) | |
| ) | |

**NON-OPPOSED MOTION ON SHORTENED TIME TO CONTINUE SENTENCING**

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

COMES NOW, Shane Twigg, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C., and hereby moves this court to continue the sentencing that is presently scheduled in this matter for Thursday, November 16, 2006.

Counsel has been out of the office due to illness since Tuesday, November 7, 2006. Counsel's first day back in the office was yesterday, November 14, 2006. The parties have reached a stipulation pertaining to certain issues that were to be litigated at sentencing. The stipulation still needs to be reduced to writing, and then the parties still need to address remaining issues, if any, in sentencing memorandums that have yet to be filed with the court. Consequently, a short continuance of the sentencing date has been agreed to by the parties and is appropriate under the circumstances.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

Counsel has spoken with AUSA Nesbett who non-opposes this motion to continue. The parties request that the sentencing be continued to November 29, 2006 at 1:30 p.m.

DATED at Anchorage, Alaska, this 15th day of November 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the 15th day of November 2006, a true and correct copy of the Motion to Continue Sentencing was faxed to the following: USPO Scott Kelley (271-3060) and served electronically on the US Attorney   By: s/Robert Herz