Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,            ) | |
|                                      ) | |
|       Plaintiff,                  ) | |
|                                      ) | |
| vs.                                  ) | |
|                                      ) | |
| Shane Twigg,                         ) | |
|                                      ) | |
|       Defendant.                  ) | |

Case No.:   A-05-0041 (RRB)

## ORDER

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Shane Twigg's Non-Opposed Motion to Continue Sentencing,

IT IS HEREBY ORDERED that The Motion is GRANTED. The Sentencing is continued to the _____ day of _____, 2006 at _____ a.m./p.m.

DATED this _____ day of _____, 2006.

_____
By: Honorable Judge Ralph R. Beistline
United States District Court Judge