IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

United States of America, )
)
                Plaintiff, )
)
vs. )
)
Shane Twigg, )
)
                Defendant. )
_____)

Case No.:     A-05-0041 (RRB)

### ORDER

FOR GOOD CAUSE SHOWN, and upon consideration of defendant Shane Twigg's Non-Opposed Motion to Continue Sentencing,

IT IS HEREBY ORDERED that The Motion is GRANTED. The Sentencing is continued to the __29__ day of __November__, 2006 at __1:30__ a.m./p.m.

DATED this __16__ day of __November__, 2006.

/s/ RRB
_____
By: Honorable Judge Ralph R. Beistline
United States District Court Judge

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net