UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  SHANE TWIGG

DATE:   November 28, 2006     CASE NO.   3:05-CR-0041-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**SENTENCING BRIEFS**

---

Parties have until **8:00 a.m.** on **Wednesday, November 29, 2006,** to file their sentencing briefs.

M.O. RE SENTENCING BRIEFS