IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

United States of America,                              )
                                                        )
                            Plaintiff,                  )
                                                        )
vs.                                                     )
                                                        )
Shane Twigg,                                            )
                                                        )
                            Defendant(s).               )
_____ )

Case No.    A-05-0041 Cr. (RRB)

**NOTICE OF SUBMISSION OF PROPOSED ORDER**

Defendant, Shane Twigg, by and through counsel, Robert M. Herz, of

the Law Offices of Robert Herz, P.C., hereby gives notice of submission of the

attached proposed order that relates to the Non-Opposed and Joint Motion to Amend

Pre-Sentence Report and Notice of Partial Sentence Agreement.

DATED at Anchorage, Alaska, this 28th day of November, 2006.

LAW OFFICES OF ROBERT HERZ, P.C.

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska  99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on the 28th day of November-2006, a true and correct copy of the Reply To Government's
Opposition To Defendant's Notice of Submission was faxed/mailed/hand delivered to the following: AUSA By: RH