IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

United States of America, )
)
                Plaintiff, )
)
vs. )
)
Shane Twigg, )
)
                Defendant(s). )
_____)

Case No.    A-05-0041 Cr. (RRB)

**ORDER**

Based upon non-opposed motion filed by Shane Twigg and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the motion is GRANTED. The final pre-sentence report issued on September 14, 2006 shall be amended by adding the following language to paragraph 16: "the ATF agent noted in his report submitted two days after his medical examination that he suffered 'a puncture wound caused by a tooth.' The ATF agent did not indicate in his report at that time any belief that he had been bitten by the defendant, and the defendant has denied biting the ATF agent. A review of the photograph of the injury depicts an injury consistent with a single tooth mark on the second knuckle of the index finger. No other abrasions, lacerations, or other marks being visible. This injury appears consistent with the agent inadvertently striking a tooth while punching the defendant in the face 5 or 6 times."

IT IS FURTHER ORDERED that the final pre-sentence report issued on September 14, 2006 shall be amended by deleting paragraphs 50 and 51 that appear under the heading "pending charges."

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

IT IS FURTHER ORDERED that an amended final pre-sentence report with the changes noted shall be issued accordingly and that the report dated September 14, 2006 and/or the information so deleted shall not distributed or used for any purpose whatsoever.

DONE at Anchorage, Alaska this _____ day of _____, 2006.

_____
JUDGE OF THE DISTRICT COURT

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net