```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs.  SHANE C. TWIGG           CASE NO. 3:05-CR-00041-RRB
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:       RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:      SUZANNETTE DAVID

UNITED STATES ATTORNEY:     DAVID NESBETT

DEFENDANTS ATTORNEY:        ROBERT HERZ

U.S.P.O.:                   TIM ASTLE

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 11/29/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:33 p.m. court convened.

 X  Notice of Appeal form given to defense counsel.

 X  Court stated findings/reasons pursuant to sentencing
    guidelines.

 X  Imprisonment for a period of  30 months on Count 1 of the
    Indictment.

 X  Defendant placed on supervised release for a period of  1
    year under the usual terms and conditions with special
    conditions of supervised release as stated in the judgment.

 X  Special Assessment $ 100.00   , due   IMMEDIATELY.

 X  Defendant remanded to the custody of the U.S. Marshal.

 X  On motion of the U.S. Attorney, remaining count  2  of the
    Indictment dismissed.

 X  OTHER: Court, counsel and probation officer heard re modified
    presentence report; Court accepts presentence report as
    modified. Court and counsel heard re sentencing
    recommendations. Court accepts plea agreement. Payment coupon
    given to defendant.

At 1:56 p.m. court adjourned.


DATE:  November 29, 2006        DEPUTY CLERK'S INITIALS:   SCL