AO 442   (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Shane C. Twigg | WARRANT FOR ARREST<br><br>Case Number: 3:05-CR-0041-01(RRB)<br><br>**RECEIVED** JUN 1 9 2008<br>CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, A.K.<br><br>**ORIGINAL** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Shane C. Twigg _____
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court
☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☒ Supervised Release Violation    ☐ Violation Notice

USMS-D/ALASKA-WARRANTS
FN# 987399
WARRANT # 0806-0528-0568-D
Entered NCIC ~~NO~~ 6-5-08
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

charging him or her with (brief description of offense)
The defendant has allegedly violated six conditions of supervised release.

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| Ralph R. Beistline<br>Name of Issuing Officer | REDACTED SIGNATURE<br>Signature of Issuing Officer<br>5/07/08 |
| U.S. District Court Judge<br>Title of Issuing Officer | Anchorage<br>Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

BABB, MT

| DATE RECEIVED<br>5/28/2008 | NAME AND TITLE OF ARRESTING OFFICER<br><br>BABB PD. | SIGNATURE OF ARRESTING OFFICER<br><br>R. Snyder |
|---|---|---|
| DATE OF ARREST<br>6/13/2008 | | |

