IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Shane Twigg,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.:　A-05-0041 CR. (RRB)<br>)<br>)<br>) |

### NOTICE OF TERMINATION OF SERVICE

COMES NOW, Robert M. Herz, of the Law Offices of Robert Herz, P.C., and hereby gives notice that he is not the attorney of record and/or active in the above captioned case and authorizes the Clerk's Office to terminate service of all future documents filed in this case.

DATED at Anchorage, Alaska, this 20th day of June 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**Law Offices of Robert Herz, P.C.**
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on the 20th day of June 2008, a true and correct copy of the Notice of Termination of Service faxed to the following:  US Attorney (271-1500)  By: Laurie Vaile