SCANNED

U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
GREAT F...
2008 JUN 24 AM 11 47
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

RECEIVED
JUN 27 2008
CLERK, U.... ....T COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 08-79 -GF-RKS |
|---|---|
| Plaintiff, | |
| vs. | |
| Shane Twigg, | MOTION FOR TRANSFER TO DISTRICT OF OFFENSE |
| Defendant. | |

The United States moves the Court, pursuant to Fed. R. Crim. P. 5(c)(3)(D), for its order directing the U.S. Marshal to transport the defendant back to the district where the original charging document or petition was filed.

DATED _June 19, 2008_.

WILLIAM W. MERCER
United States Attorney

_E. Vint Gll_
Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the United States Marshal shall transport the defendant to the _____ District of _Alaska_, where the original charging document or petition was filed.

_Keith Strong_
KEITH STRONG
United States Magistrate Judge

N:\SKnaup\forms\rule5.mtn.wpd