CLERK, U...
ANCH...

# U.S. District Court
## United States District Court District Of Montana (Great Falls)
### CRIMINAL DOCKET FOR CASE #: 4:08-cr-00079-RKS All Defendants
### Internal Use Only

Case title: USA v. Twigg

Date Filed: 06/19/2008
Date Terminated: 06/24/2008

Assigned to: Magistrate Keith Strong

**Defendant (1)**

**Shane Cole Twigg**
*TERMINATED: 06/24/2008*

represented by **R. Hank Branom**
FEDERAL DEFENDERS OF
MONTANA - GREAT FALLS
BRANCH
PO Box 3547
Great Falls, MT 59403-3547
406-727-5328
Fax: 406-727-4329
Email: hank_branom@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

Supervised Release Violation in violation of Alaska Statute 11.71.040(A)(3)(9) and 18 USC 922(g)

**Plaintiff**

USA     represented by   E. Vincent Carroll
OFFICE OF THE U.S. ATTORNEY
119 1st Avenue North
Suite 300
Great Falls, MT 59403-3447
406-761-7715
Email: vincent.carroll@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2008 | | Arrest (Rule 40) of Shane Cole Twigg (TLO, ) (Entered: 06/19/2008) |
| 06/18/2008 | | (Court only) ***Location LC start as to Shane Cole Twigg (TLO, ) (Entered: 06/19/2008) |
| 06/19/2008 | 1 | Rule 40 Documents Received from District of Alaska as to Shane Cole Twigg: Petition, Declaration in Support of Petition, Warrant for Arrest, USM Report of Investigation, Docket Sheet and Judgment (TLO, ) (Entered: 06/19/2008) |
| 06/19/2008 | 2 | Minute Entry for Initial Appearance on Rule 40 Violation held 6/19/08 for deft Shane Cole Twigg before Magistrate Keith Strong: 9:59 w/AUSA Carroll, FD Branom, USPO Hedges, deft pr in custody. This is hearing on USA's motion to transfer deft to Alaska. Deft stipulates to identity and states full name. FD Branom appointed to represent deft. Deft advised of rights and is advised of violations. Deft resists motion to transfer as he wants time to speak with his family. Deft entitled to probable cause hearing. Defense requests probable cause hearing and detention hearing. Detention Hearing set for 6/24/2008 10:00 AM in Great Falls, MT before Magistrate Keith Strong. Probable cause hearing set for 6/24/2008 10:00 AM in Great Falls, MT before Magistrate Keith Strong. All motions taken under advisement. Crt quests AUSA as to if Rule 40 provisions apply in case with supervised release. USA believes it does apply. Parties agree deft has been advised of all rights. Deft remanded to custody of USM. Recess 10:07.(Court Reporter FTR Gold Recorded.) (TLO, ) (Entered: 06/19/2008) |
| 06/19/2008 | 3 | CJA 23 Financial Affidavit by Shane Cole Twigg (TLO, ) (Entered: 06/19/2008) |
| 06/19/2008 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Shane Cole Twigg ; R. Hank Branom for Shane Cole Twigg appointed. Signed by |

| | | |
|---|---|---|
| | | Magistrate Keith Strong on 6/19/2008. (TLO, ) (Entered: 06/19/2008) |
| 06/24/2008 | 5 | ORDER OF DETENTION as to Shane Cole Twigg. Signed by Magistrate Keith Strong on 6/24/2008. (SLL, ) (Entered: 06/24/2008) |
| 06/24/2008 | 6 | Minute Entry for Preliminary Hearing and Detention Hearing held 6/24/08 for deft Shane Cole Twigg before Magistrate Keith Strong: 10:22 w/AUSA Carroll, FD Branom, USPO Hedges, Deft pr in custody. USA has lodged proposed motion and order to transfer deft back to District of Alaska for alleged violations of supervised release. Rule 20 is not applicable. Consent of both U.S. Attorney's from both districts would be required for deft to stay in District of Montana. Issue is moot as deft does not wish to admit to allegations. USA rests on petition. Defense w/argument. Crt finds burden of proving probable cause is met and grants order for transfer. Based on Information in Petition, USA requests deft be detained. Deft calls Patricia Whitford as wit. Wit S/T. Direct exam by Branom. Cross exam by Carroll. USA has no further argument. FD Branom w/argument. Crt orders deft detained and transferred to District of Alaska. Recess 10:36. (Court Reporter FTR Gold Recorded.) (TLO, ) (Entered: 06/25/2008) |
| 06/24/2008 | 7 | Motion and Order for Transfer to District of Alaska as to Shane Cole Twigg. Signed by Magistrate Keith Strong on 6/24/2008. (TLO, ) (Entered: 06/25/2008) |
| 06/24/2008 | | (Court only) ***Terminated defendant Shane Cole Twigg, No pending deadlines, and motions. (TLO, ) (Entered: 06/25/2008) |
| 06/25/2008 | 8 | Remark; All documents and docket sheet mailed to United States District Court, District of Alaska, Federal Bldg and United States Courthouse, 222 West 7th Avenue, Anchorage, AK 99513-9513 (TLO, ) (Entered: 06/25/2008) |