MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __SHANE C. TWIGG__ CASE NO. __3:05-CR-00041-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER: __CAROLINE EDMISTON__

UNITED STATES' ATTORNEY: __JAMES BARKELEY__

DEFENDANT'S ATTORNEY: __KEVIN MCCOY, APPOINTED__

U.S.P.O.: __ERIC ODEGARD__

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 78) HELD 07-18-08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:33 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release (DKT 78) given to defendant: read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: __Same as above.__

_X_ Financial Affidavit **FILED.**

_X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant Denied Allegations 1, 2, 3, 4, 5 & 6 of the Petition to Revoke Supervised Release (DKT 78).

_X_ Consent to Proceed before U.S. Magistrate Judge **FILED.**

_X_ Defendant detained.

_X_ Order of Detention Pending Trial **FILED.**

_X_ OTHER: Court and counsel heard re defendant's State of Alaska Case. Court ordered Mr. McCoy to file a status report on or before **August 1, 2008.**

At 3:45 p.m. court adjourned.


DATE: __July 18, 2008__    DEPUTY CLERK'S INITIALS: __CME__


Revised 6-18-07