Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SHANE C. TWIGG,<br><br>   Defendant. | NO. 3:05-cr-00041-RRB<br><br>**ENTRY OF APPEARANCE** |

   Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant SHANE C. TWIGG in the above-captioned action.

   DATED at Anchorage, Alaska this 26th day of August 2008.

                              Respectfully submitted,

                              /s/Rich Curtner
                              Federal Defender
                              601 West Fifth Avenue, Suite 800
                              Anchorage, AK 99501
                              Phone:     907-646-3400
                              Fax:       907-646-3480
                              E-Mail:    rich_curtner@fd.org

Certification:
I certify that on August 26, 2008,
a copy of the *Entry of Appearance*
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: bryan.schroder@usdoj.gov

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Rich Curtner