Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SHANE C. TWIGG ,<br><br>　　　　　Defendant. | NO. 3:05-cr-00041-RRB<br><br>**STATUS REPORT** |

　　　　　The allegations contained in Alleged Violation Numbers 1 and 2 at Docket No. 78 remain the subject of a pending state court prosecution in *State v. Shane Twigg*, Case No. 3AN-08-5314 CR.  The case is currently in pre-indictment hearings before the state court.  The next hearing is scheduled for September 30, 2008.

　　　　　Mr. Twigg's request is that this matter be resolved after the criminal charges in *State v. Shane Twigg*, Case No. 3AN-08-5314 CR, are resolved.  Mr. Twigg proposes an additional written status report at a date convenient to the court after September 30, 2008.

The undersigned spoke with Assistant U.S. Attorney Stephan Collins on September 8, 2008. Mr. Collins indicated that the government does not oppose this request.

DATED at Anchorage, Alaska this 8th day of September 2008.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on September 8, 2008,
a copy of the *Status Report* was served
electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: bryan.schroder@usdoj.gov

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/Rich Curtner